# United States Bankruptcy Court
# Eastern District of Louisiana

To: Francisco Gonzalez       Case Number: 97-10467
    General Electric Co.

Debtor(s): Bob Joseph Pellegrin      Chapter: 13
    Tara Burnmater Pellegrin

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

- ☒ Proof that General Electric Co., is entitled to General Electric Capital Corp. unclaimed funds is required.

- ☒ The Statement of Authority must be current and an original. The one given contains an expired notary.

- ☒ Copy of claimant's current drivers's license or other government-issued identification containing the claimant's photograph and current address is required. (The copy received is illegible).

- ☒ Claimant must submit a W-9 containing the tax id number.

- ☒ Order must include all debtors' names related to this case, who the check should be made payable to and include the mailing address.

For further procedural information or questions regarding unclaimed funds, please contact the

Finance Section of the Clerk's Office @ (504) 589-7862.

By: Cheryl A. Vogel
Deputy Clerk

Date: May 26, 2011