UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

BOB JOSEPH PELLEGRIN
TARA BURNMATER PELLEGRIN

DEBTOR(S)

BANKRUPTCY NO.

97-16467

SECTION "A"
CHAPTER 13

## ORDER

Considering the Motion for Payment of Unclaimed Funds filed by General Electric Company c/o Francisco Gonzalez (P-38):

The Court having reviewed the Motion and record herein, finding that the claimant failed to correct deficiencies referenced in the Notice of Deficiency issued by the Clerk's Office on May 26, 2011;

**IT IS ORDERED** that the Motion for Payment of Unclaimed Funds filed by General Electric Company c/o Francisco Gonzalez is **DENIED without prejudice**.

New Orleans, Louisiana, July 19, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge